CSD 1180 [12/1/2021]
Name, Address, Telephone No. & I.D. No.

Peter Szanto +949 887 2369
4484 Dulin Place
Oceanside CA 92057

FILED

2022 JUL -5 AM 11: 41

CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Peter Szanto

BANKRUPTCY NO. 22-1558

Court has scheduled hearing for:
July 20/22 at 2:30PM, Dept 5,
Room 318

Tax I.D.(EIN)#: _____ /S.S.#:XXX-XX- 2357    Debtor.

## NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING

TO OTHER PARTIES IN INTEREST:

**You are hereby notified** that  Peter Szanto
(select one:)   ☐ the Trustee   ☐ United States Trustee   ☒ Debtor-in-Possession   ☑ Creditor,
proposes to:   (check all that apply)

☐ Use, sell or lease the following property not in the ordinary course of business [include information as required by FRBP 2002(c)(1)] and not free and clear of liens and interests[1];

☐ Abandon the following property [description of property to be abandoned];

☑ Compromise or settle the following controversy [description of controversy to be settled and relevant standards for approval as required by LBR 9019];
A new loan from Olympia Financial is available immediately to pay-off Chase. see EXHIBIT A attached.
Declaration of Debtor is attached in support EXHIBIT B.

☐ Seek allowance of compensation or remuneration to debtor(s) or insiders as provided by LBR 4002-2;

☐ Seek compensation, commissions, or expenses of professionals to the extent the aggregate compensation and expenses exceed $1,000 as governed by FRBP 2002(a)(6);

☐ Seek compensation for reimbursement of expenses from the estate when the application is that of the trustee only;

☐ Intended dismissal of a complaint or cause of action for denial of discharge under 11 U.S.C. § 727, provided by FRBP 7041;

☑ Other [specify the nature of the matter]:
Debtor will also oppose the relief from stay on the basis of: 1) lack of service, 2) numerous other violations of fact and law by Chase Bank.  ADDITIONAL PAPER TO BE FILED

[1]Note that Form CSD 1199 applies to sales free and clear of liens and interests.

CSD 1180

If you object to the proposed action:

1. **You are required** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to your bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letters:

    - MM - call (619) 557-7407 - DEPARTMENT ONE (Room 218)
    - LA - call (619) 557-6594 - DEPARTMENT TWO (Room 118)
    - LT - call (619) 557-6018 - DEPARTMENT THREE (Room 129)
    - CL - call (619) 557-6019 - DEPARTMENT FIVE (Room 318)

2. **Within fourteen (14)[2] days from the date of service of this motion**, you are further required to serve a copy of your *Declaration in Opposition to Motion* and separate *Request and Notice of Hearing* [Local Form CSD 1184[3]] upon the moving party, together with any opposing papers. The opposing declaration must be signed and verified in the manner prescribed by FRBP 9011, and the declaration must:

    a. identify the interest of the opposing party; and

    b. state, with particularity, the grounds for the opposition.

3. **You must** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

    **If you fail to serve your** "*Declaration in Opposition to Intended Action*" **and** "*Request and Notice of Hearing*" within the 14-day[3] period provided by this notice, **no hearing will take place**, you will lose your opportunity for hearing, and the moving party may proceed to take the intended action.

DATED: 7-5-2022

_____
Peter Szanto
Moving Party or Attorney

---

[2] Depending on how you were served, you may have additional time for response. See FRBP 9006.

[3] You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

CSD 1180



16133 Ventura Blvd. Suite 600
Encino, CA 91436
Phone: (818) 885-8585
Fax: (818) 788-8471
zach@olympiafin.com

**CONDITIONAL LOAN COMMITMENT**

**June 21, 2022**

**Loan Amount:**
Not To Exceed $2,400,000.00 (Two Million Four Hundred Thousand Dollars)

**Lien Position:**
1st Trust Deed



**Properties / Security:**
11 Shore Pine, Newport Coast, CA 92657

**Borrower (s)**
Peter Szanto

**Contact:**
Zachary Nissim • Cell (818)-424-8833

*This Engagement, Authorization and Non-Circumvention Agreement is made as of June 21, 2022,* **Peter Szanto (Borrower)** *and* **Olympia Financial Mortgage, Inc.** *(Applicant's Broker).*

1. Authorization: Applicant retains Olympia Financial Mortgage, Inc. as agent and grants Olympia Financial Mortgage, Inc. the exclusive right to solicit and obtain financing ("Financing") from investor(s) to be secured by the above referenced party. Applicant consents to Olympia Financial Mortgage, Inc. acting as the Applicant's exclusive agent to procure the lender(s) for the proposed real estate secured loan. Applicant also consents to Olympia Financial Mortgage, Inc. (OFMI) representing the lender(s) in this transaction for, among other purposes, the delivery of required disclosures and notices of rights and negotiation of the loan terms. OFMI may also elect to be the lender and may represent the lender(s) in servicing the loan, including the collection of all payments due pursuant to the terms thereof. Applicant shall be responsible for payment of all fees or commissions to applicants' broker that are not specifically referenced herein today or at any time in the future. I/we release, indemnify, and forever hold harmless, OFMI, a California Corporation and their agents or assigns, from any and all claims and/or liabilities that may arise as a result of their investigations into my personal or financial background. This Authorization shall not be applicable to any gross negligence on the part of OFMI. In accordance with California law, we will not share information we collect about you with companies outside of our corporate family, except as permitted by law, including, for example, with your consent or to service your account. We will limit sharing among our companies to the extent required by California and federal law.
2. Term: The term of this authorization shall commence June 21, 2022
3. Documentation: Applicant shall provide and execute documentation required by OFMI and by the Lender/Investor, provided loan meets terms and conditions specified herein.
4. Non-circumvention: Applicants shall not communicate directly with OFMI Lender – Investor(s) regarding financing without OFMI written consent, today or at any time in the future. OFMI shall act as and be compensated by applicant as applicant exclusive agent with regard to financing provided or to be provided by said lender/Investor(s).

| **5. FINANCING** |
|---|
| **1st Trust Deed** |
| Loan Amount: Not To Exceed $2,400,000.00 (Two Million Four Hundred Thousand Dollars) |
| Not To Exceed 11.50% Interest Rate: Fixed calculated on gross loan amount |
| Maturity Date/Term: Not To Exceed 24 Months |
| Pre-Payment Penalty: Not To Exceed 12 Months |

> Other costs – estimate: Paid by borrower through closing. Total Origination: Not To Exceed 6.5 Total Points of Total Loan Amount. OFMI Processing – (Not to exceed) $1,695.00 Underwriting (Not to Exceed) $1,695.00 Loan Document Review Fee: (Not to Exceed) $695.00, Wire Fee $35.00, Admin Fees – (Not to exceed) $1,295.00, Lender Fees: (Not to Exceed) $2,300. Funding is subject to investor's approval of all documentation. OFMI assumes no liability and shall be held harmless of any liability by Applicant and Applicants Broker regarding the successful completion and funding of this file. OFMI fees referenced above are earned upon faxing to escrow or Applicant a 48-hour notice of funding to be completed. Applicant shall complete closing within 48 hours of said notice and term of his agreement shall be reduced to said 48-hour date. Loan amount is subject to evaluation and appraisal and may change accordingly. OMFI shall be allotted 30 days from the receipt of this signed commitment letter to fund the loan.

5. Loan amount is contingent on inspection
6. Loan is contingent on probate approval
8. You will be responsible to pay to OFMI and/or lender, all fees and costs of this loan including OFMI loan origination fee, processing, underwriting and document fees, lender's legal fees, escrow and title charges, wire, notary and other costs incurred. By signing and returning this Conditional Loan Commitment to OFMI, you agree to pay any and all costs which are set forth above, whether or not you close this loan. The costs and fees shall be due and payable upon the earliest of the closing of the escrow of this loan or when incurred by OFMI. The fees and costs shall be irrevocably and unconditionally earned upon the happening of the first of the following events:

   (a) Received by or on behalf of borrower any of the proceeds of the loan; or
   (b) Any voluntary withdrawal, repudiation, rescission, or attempted revocation of the application for financing or of any conditional loan commitment agreed to by the borrower; or
   (c) Any voluntary act or failure to act by applicant including, but not limited to, the attempted cancellation of this loan by applicant which frustrates, impedes, hinders, precludes, prevents, or otherwise interferes with the performance of OFMI's services hereunder, achievement of the purpose of this conditional loan commitment, or the funding of any financing. Once earned, borrower's obligation to pay the fees and costs to OFMI and/or the lender shall be absolute, irrevocable, and shall not be dependent in any manner or in any extent upon the receipt, whether actual or constructive by borrower of the proceeds of this loan.

   In addition to any fees and costs due lender as set forth above, you further acknowledge and agree that the lender will incur costs and fees, including the right to collect prepayment penalty and all fees and costs incurred in the event that the loan does not close as a result of buyer's default of the conditional loan commitment. In the event an action is commenced to enforce this agreement, the prevailing party shall be entitled to attorneys' fees and costs incurred, in addition to any and all remedies sought.

9. OFMI Loan package: OFMI Loan package to be completed by applicant and any additional documentation as required by Lender.

10. Communication: Applicant and applicant's broker shall not communicate directly by telephone or other source with any affiliate company or individual(s) retained by OFMI for this transaction which include but are not limited to: Escrow company, Credit reporting company, and attorney.

11. Fee Disbursement: Applicant hereby assigns to OFMI and authorizes and instructs the investor and escrow agent to disburse to OFMI the amounts of the fee specified above from the proceeds of the financing through escrow and concurrent with the closing.
12. You acknowledge and agree: a) Actual terms of the finalized loan may contain material variations: and b) While every effort will be made to place this loan with a private investor. The loan may not fund and close due to lack of lender interest.

13. Escrow/Title: _Property taxes and insurance to be current and paid. Any liens to be paid off through closing._

14. **Prior to Docs Condition**: Upon acceptance of this agreement, a due diligence check made payable to Olympia Financial Mortgage Inc., in the amount of (Not to Exceed) **$3,500.00** is due. This amount is non-refundable once loan docs have been ordered. Please mail to Olympia Financial Mortgage Inc. 16133 Ventura Blvd, Suite 600, Encino, CA 91436.

15. **Prior to Docs Condition**: Copy of most current **Payoff Statement** for existing Senior Lien (ALL properties). Copy of **Note** for existing Senior Loans (ALL properties.)

16. **Prior to Docs Condition**: Signed **Olympia CLC and Disclosures**

17. **Prior to Docs Condition**: Copy of Current **Credit Report** (All borrowers)

18. **Prior to Docs Condition**: Copy of **Driver's License** (ALL borrowers)

19. **Prior to Funding Condition**: _EARTHQUAKE INSURANCE may be required upon Investor's request._



20. **Prior to Funding Condition**: Borrower to provide Copy of **Evidence of Insurance** and Insurance Agent's contact information. Once received escrow will order the updated Evidence of Insurance.

21. **Prior to Funding Condition**: Affidavit Regarding Business Loan Purpose to be signed with loan documents

22. **Prior to Funding Condition**: Funding subject to investor property inspection and review of all documentation by investor.

***Additional Conditions May Follow***

Insurance and senior lien holder information requirements:

Within 48 hours of signing this agreement, Applicant(s) shall provide the name, address, account #, telephone # and contact person for the current or proposed insurance policy and for all senior lien holders associated with the subject property. In addition, applicant shall provide copies of the existing insurance policy and mortgage payment coupons along with copies of the note and deed for each senior lien holder to remain and to be paid off. Funding shall be automatically extended by each day applicant fails to provide said information.

*OFMI may withdraw this offer at any time after August 10, 2022, if a signed.*
*Commitment Letter and Due Diligence Deposit is not received by close of business.*
*Approved conditional loan commitment to be faxed to (818) 788-8471 –or– emailed to Zach@olympiafin.com*
*Approved and Accepted.*

By: Jeff Aronson, President/CEO
Olympia Financial Mortgage, Inc.

By: *Peter Szanto*
*Applicant/Guarantor*

July 4, 2022

*Date*



CASE 22-1558                                      EXHIBIT B

## DECLARATION of Peter Szanto in Support of New Mortgage

1. My name is Peter Szanto, I am the Debtor herein. This is my truthful declaration.
2. My loan with Chase fell into arrears only because Chase has refused to accept payments from me.
3. EXHIBIT A, evidences a loan from Olympia financial which is available and ready immediately to supplant Chase's loan.
4. Chase has been **non-co-operative** in providing pay-off amounts so as to work proactively with Olympia to accomplish an easy transition for Debtor from Chase's loan to Olympia's loan.
5. The Court is asked to facilitate the transition – paying off Chase, so Olympia becomes the lender to Debtor.
6. Chase's vituperative tone and language in filings to this Court, as well as dozens of blatantly false representations to this Court demonstrate a bizarre strategy which seems focused only on intentionally inflicting emotional distress and psychic injury on Debtor.
7. Regardless, Chase's loan is ready to be paid. The only hindrance to completion is Chase's unwillingness to accept payment.
8. The Court is asked to ORDER Chase to accept the payment which it is demanding.
9. **I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

DATED  July 5/22       _____Peter Szanto



## PROOF of SERVICE

My name is Maquisha Reynolds, I am over 21 years of age and not a party to the within action. My business address is 4484 Dulin Place Oceanside CA 92057.

On the date indicated below, I personally served the within:

**Opposition to Relief from Stay**

on the following by placing the within document in postage pre-paid envelopes addressed as (and also faxing to the creditor banks) indicated below:

```
1. PRA Receivables Management    2. United States Trustee (by ECF and email)
   PO Box 41021                     Attn: Corina R. Pandeli
   Norfolk, VA 23541                880 Front Street # 3230
                                    San Diego, CA 92101

3. Bank of America               4. Chase Bank
   100 N. Tyron                     700 Kansas Lane - 1st Flr
   Charlotte NC 28255               Monroe LA 71203

   FAX to 401-865-7950              FAX to 866-282-5682

5. Bank of New York    6. Trustee Corps        7. Capital One
   21 Hanson Place        17100 Gilette Ave       6125 Lakeview Road
   Brooklyn NY 11217      Irvine CA 92614         Charlotte NC 28269

   Fax to 561-682-8644

8. Quality Loan Service          9. Davis Wright Tremaine for Chase
   2763 Camino del Rio South        505 Montgomery St. #800
   San Diego CA 92108               San Francisco CA 94111

10. Chevron Texaco              11. Pentagon Federal Bank
    777 Long Ridge Rd.              7940 Jones Branch Dr.
    Stamford CT 06902               McClean  VA 22102

12. Franchise Tax Board         13. IRS-Insolvency Division
    Bankruptcy Div                  P.O. Box 7346
    P.O. Box 2952                   Philadelphia, PA 19101
    Sacramento, CA 95812
```

and by mailing copies to the above parties *via* 1st class mail, postage prepaid.

My fax machine returned successful transmission as to all 3 banks

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed at Oceanside CA.

_5 July 2022_   _M. Reynolds_ signature   M. Reynolds

22-01558-11   Service List   pg. 1