CSD 1180 [12/1/2021]
Name, Address, Telephone No. & I.D. No.

Peter Szanto  +949 887 2369
4484 Dulin Place
Oceanside CA 92057

FILED
2022 JUL -8 AM 10:03
CLERK
U.S. BANKRUPTCY CT
SO. DIST. OF CALIF.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Peter Szanto

Tax I.D.(EIN)#: _____ /S.S.#:XXX-XX- 2357___  Debtor.

BANKRUPTCY NO. 22-1558 CL 11

Court has scheduled hearing for: July 20/22 at 2:30PM, Dept 5, Room 318

## NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING

TO OTHER PARTIES IN INTEREST:

**You are hereby notified** that  Peter Szanto
(select one:)   ☐ the Trustee   ☐ United States Trustee   ☑ Debtor-in-Possession   ☐ Creditor,
proposes to:   (check all that apply)

☐  Use, sell or lease the following property not in the ordinary course of business [include information as required by FRBP 2002(c)(1)] and not free and clear of liens and interests[1];

☐  Abandon the following property [description of property to be abandoned];

☐  Compromise or settle the following controversy [description of controversy to be settled and relevant standards for approval as required by LBR 9019];

☐  Seek allowance of compensation or remuneration to debtor(s) or insiders as provided by LBR 4002-2;

☐  Seek compensation, commissions, or expenses of professionals to the extent the aggregate compensation and expenses exceed $1,000 as governed by FRBP 2002(a)(6);

☐  Seek compensation for reimbursement of expenses from the estate when the application is that of the trustee only;

☐  Intended dismissal of a complaint or cause of action for denial of discharge under 11 U.S.C. § 727, provided by FRBP 7041;

☑  Other [specify the nature of the matter]:
Debtor will also oppose the relief from stay on the basis of: 1) lack of service, 2) numerous other violations of fact and law by Chase Bank.  Memorandum is Attached

---

[1]Note that Form CSD 1199 applies to sales free and clear of liens and interests.

CSD 1180

If you object to the proposed action:

1. **You are required** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to your bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letters:

    - MM - call (619) 557-7407 - DEPARTMENT ONE (Room 218)
    - LA - call (619) 557-6594 - DEPARTMENT TWO (Room 118)
    - LT - call (619) 557-6018 - DEPARTMENT THREE (Room 129)
    - CL - call (619) 557-6019 - DEPARTMENT FIVE (Room 318)

2. **Within fourteen (14)[2] days from the date of service of this motion**, you are further required to serve a copy of your *Declaration in Opposition to Motion* and separate *Request and Notice of Hearing* [Local Form CSD 1184[3]] upon the moving party, together with any opposing papers. The opposing declaration must be signed and verified in the manner prescribed by FRBP 9011, and the declaration must:

    a. identify the interest of the opposing party; and

    b. state, with particularity, the grounds for the opposition.

3. **You must** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

**If you fail to serve your** "*Declaration in Opposition to Intended Action*" **and** "*Request and Notice of Hearing*" within the 14-day[3] period provided by this notice, **no hearing will take place**, you will lose your opportunity for hearing, and the moving party may proceed to take the intended action.

DATED: 7-8-2022

Peter Szanto
Moving Party or Attorney

---

[2]Depending on how you were served, you may have additional time for response. See FRBP 9006.

[3]You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

CSD 1180