# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
# Minute Order

### *Hearing Information:*

|  |  |  |
|---|---|---|
| **Debtor:** | PETER SZANTO | |
| **Case Number:** | 22-01558-CL11 | **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, JULY 18, 2022 02:00 PM   DEPARTMENT 5 | |
| **Bankruptcy Judge:** | CHRISTOPHER B. LATHAM | |
| **Courtroom Clerk:** | JILLMARIE MCGREW | |
| **Reporter / ECR:** | JENNIFER GIBSON | |

### *Matters:*

1) STATUS CONFERENCE ON CHAPTER 11 PETITION

2) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR IMPROPER VENUE

3) MOTION TO EXTEND AUTOMATIC STAY FILED BY DEBTOR (ON SHORTENED TIME)

### *Appearances:*

PETER SZANTO
JOHN D. FREED, ATTORNEY FOR JPMORGAN CHASE BANK NA (telephonic)
HAEJI HONG, ATTORNEY FOR U.S. TRUSTEE (telephonic)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
# Minute Order

(continue)..**22-01558-CL11**          **MONDAY, JULY 18, 2022 02:00 PM**

## *Disposition:*

1)  Court is not setting a continued status conference date at this time.
Instead, it will issue a ruling on the OSC re dismissal for improper venue first.
If the case survives that, then Court will be setting a further status conference date.

Debtor has requested the privilege of filing documents using CM/ECF.
Court now takes that request under submission.


2)  Court heard extensive oral argument and explanation from the Debtor on the issues going to venue.
Court now takes that matter under submission and will issue a separate written order.


3)  As to Debtor's motion to extend automatic stay, there are several requests on the docket.
This applies to all of them.

The motion is unnecessary.  There is no legal basis for asserting that the stay does not apply.
Section 362(c) does not apply.  Court reaffirms that as well.  The automatic stay is in effect in this case.
The motion was unnecessary, unfounded in law, and so moot.

On that basis, that motion will now go off calendar without a further order.
And all of the various other requests seeking similar determination that are on the docket
are likewise now also terminated without further order.


cc: Peter Szanto (Pro Se Debtor)